UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DIVINE GARCIA,

Defendant.

25-cr-328 (PKC)

ORDER

CASTEL, U.S.D.J:

Sentencing previously scheduled for October 8, 2025 is adjourned to October 21, 2025 at 11:00 a.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 23, 2025