UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DIVINE GARCIA

**Consent
Order of Restitution**

25 Cr. 328 (PKC)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Henry L. Ross, Assistant United States

Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts

One and Two of the Information; and all other proceedings in this case, it is hereby ORDERED

that:

### 1.    Amount of Restitution

Divine Garcia, the defendant, shall pay restitution in the total amount of $875,842.66,

pursuant to 18 U.S.C. §§ 3663 and 3663A, to the United States.

Restitution is not joint and several with other defendants or with others not named herein.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial

resources and other assets of the defendant, including whether any of these assets are jointly

controlled; projected earnings and other income of the defendant; and any financial obligations of

the defendant; including obligations to dependents, the defendant shall pay restitution in the

manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice,

restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).    The

defendant will commence monthly installment payments of at least ten percent of the defendant's

gross income, payable on the first day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

## 3.      Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks  and  money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his/her name and the docket number of this case on each check or money order.

Because a victim is the Internal Revenue Service ("IRS"), the Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the defendant:

    IRS - RACS
    Attn: Mail Stop 6261, Restitution
    333 W. Pershing Ave.
    Kansas City, MO 64108

## 4.      Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

2

material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____

Henry L. Ross
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-2442

12/2/2025
_____
DATE

DIVINE GARCIA

By: _____

Divine Garcia

12/2/2025
_____
DATE

By: _____

James R. Froccaro Jr. Esq.
20 Vanderventer Ave
Suite 103W
Port Washington, NY 11050

12/3/25
_____
DATE

3

SO ORDERED:

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

12-2-25

DATE

4